IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD DENT | : | CONSOLIDATED MDL 875 |
| v. | : | EDPA CIVIL ACTION |
| WESTINGHOUSE, et al. | : | NO: 08-83111 |

## ORDER

AND NOW, this 7th day of January, 2010, upon consideration of Warren Pumps' Motion to Compel, the response, thereto, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED in part and DISMISSED as moot in part. To the extent Warren Pumps seeks settlement information, the motion is DENIED. The remainder of the Motion is DISMISSED as moot based on Plaintiff's representation that counsel have resolved the other issues raised in the Motion.

BY THE COURT:

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE